960

Núm. 8361.—CINTRÓN, JR., apldo. v. DOMÍNGUEZ, ETC., apltes.— C. D. Mayagüez. Junio 10, 1941.

(Por la Corte, a propuesta del Juez Asociado Sr. Travieso.)

VISTA la moción del demandante apelado, por la que solicita la desestimación del recurso, por los alegados fundamentos (a) de que la apelación interpuesta es frívola y sólo tiene el propósito de dilatar el procedimiento, y (b) porque los apelantes no han procedido con la debida diligencia a perfeccionar su apelación.

POR CUANTO, después de un detenido estudio de la opinión emitida por la corte inferior, que es el único documento que el demandante apelado ha radicado como anexo a su moción de desestimación, no estamos convencidos de que la cuestión jurisdiccional levantada por los apelantes sea claramente frívola.

POR CUANTO, de las certificaciones expedidas por el Secretario de la Corte de Distrito de Mayagüez, sometidas por los apelantes, aparece que en mayo 22 de 1941 la corte inferior concedió a los apelantes un nuevo término improrrogable de 39 días, que vencerá el 30 de junio de 1941, para radicar la transcripción de evidencia; y que en mayo 29, 1941, el taquígrafo de dicha corte radicó en la secretaría de la misma la transcripción de la evidencia para ser aprobada por la corte dentro del término por ella concedido.

POR LO TANTO, se declara sin lugar la moción de desestimación.

Núm. 8355.—CAGUAS COMPANY, INC., aplda. v. ALVAREZ, aplte.— C. D. Guayama. Junio 11, 1941.

(Por la Corte, a propuesta del Juez Presidente Sr. Del Toro.)

POR CUANTO, dictada sentencia en este caso en junio 1, 1939, en contra del demandado, éste apeló de la misma en julio 1, 1939, y solicitó una prórroga de treinta días que le fué concedida para radicar la exposición del caso sin que lo hiciera y sin que practicara ninguna otra gestión para perfeccionar su recurso; y

POR CUANTO, la parte apelada, por tal motivo, solicitó que la apelación fuera desestimada en moción de abril ocho último, notificada a la parte contraria y vista sin asistencia de las partes en junio nueve actual:

POR TANTO, de acuerdo con la ley y la jurisprudencia aplicables, se declara la moción con lugar y se desestima, por abandono, el recurso.